IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**QUINAE SHAMYRA STEPHENS** | Crim. No.: 4:21-cr-00651-SAL<br><br>**VERDICT FORM** |

We the Jury, following due deliberation in the above matter, unanimously return the following verdict:

1. As to Count 1 of the Superseding Indictment for conspiracy to commit wire fraud or bank fraud, we unanimously find Defendant Quinae Shamyra Stephens:

    √ Guilty

    ___ Not Guilty

    If you find Defendant Quinae Shamyra Stephens guilty of Count 1, please complete Question 1a. If you find Defendant Quinae Shamyra Stephens not guilty on Count 1, please continue to Question 2.

    1a. As to Count 1 of the Superseding Indictment, we unanimously find that the object of the conspiracy was (check all that apply):

    √ Wire fraud

    √ Bank fraud

2. As to Count 2 of the Superseding Indictment for identity theft, we unanimously find Defendant Quinae Shamyra Stephens:

    √ Guilty

    ___ Not Guilty

1

3. As to Count 3 of the Superseding Indictment for aggravated identity theft, we unanimously find Defendant Quinae Shamyra Stephens:

   __✓__ Guilty

   ____ Not Guilty

4. As to Count 4 of the Superseding Indictment for access device fraud, we unanimously find Defendant Quinae Shamyra Stephens:

   __✓__ Guilty

   ____ Not Guilty

5. As to Count 5 of the Superseding Indictment for interstate transportation of a stolen vehicle, we unanimously find Defendant Quinae Shamyra Stephens:

   __✓__ Guilty

   ____ Not Guilty

6. As to Count 6 of the Superseding Indictment for felon in possession of a firearm or ammunition, we unanimously find Defendant Quinae Shamyra Stephens:

   __✓__ Guilty

   ____ Not Guilty

I certify that this decision is the unanimous decision of the jury.

FOREPERSON

April 7, 2022
Florence, SC